DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

WILLIAM RICHARD HEAGNEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1251

————————————————

January 9, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Dana Moss, Judge.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and SILBERMAN and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.